**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAVID HERSHBERGER, *et al.*,

        Plaintiffs,

vs.

ADMIN RECOVERY LLC, a New York limited liability company,

        Defendant.

Case No. 2:14-cv-01065-JAD-GWF

**ORDER**

       This matter is before the Court on Plaintiffs' Motion to Enlarge Time to Serve Complaint (#8) filed on December 29, 2014.

       An Order to Show Cause (#7) was issued in this case after Plaintiffs had failed to serve the Complaint (#1) on the Defendant within the 120 day requirement of Fed. R. Civ. P. 4(m). The Court ordered the Plaintiffs "to either serve the complaint, or demonstrate good cause non-service no later than 30 days after this order." Plaintiffs' current motion describes the effort undertaken by Plaintiffs to serve the Complaint on the Defendant. Service has been attempted twice, to no avail. Defendant is no longer located at the address listed on the New York Secretary of State's website. Plaintiffs could not serve the Defendant's Registered Agent at the address listed. Despite Plaintiffs' further efforts, service has not yet been effected. Plaintiffs represent that service may still be effected if given more time. Plaintiffs have shown good cause for granting the enlargement. Accordingly,

. . .

. . .

. . .

. . .

**IT IS HEREBY ORDERED** that the Plaintiffs' Motion to Enlarge Time to Serve Complaint (#8) is granted.  Plaintiff shall serve the Complaint by **May 5, 2015**.

DATED this 5th day of January, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge